

**Seat belt tickets**
Jennifer Murphy   to: susan_Doninger                                    12/08/2010 09:15 AM

Jennifer Murphy
545 14th St
Tell City, In 47586
███ 6671
███-81

Michael Thomas
515 14th St
Tell City, In 47586
███ 8788
███-78

I am writing to let the courts know that Michael just started a new job and that we intended on paying the tickets but his dad just called today to let us know that we were to appear in court today. We will pay the tickets before the next court date in March.

Sincerely,

Jennifer Murphy
Michael Thomas